VALENTINE ALBERELLI, Respondent, *v.* RUSSELL MANNING, Appellant.

Supreme Court, Appellate Term, First Department, June 27, 1945.

*Emanuel Redfield* for appellant.

*John B. M. Pennetto* for respondent.

MEMORANDUM *Per Curiam.* The evidence fully establishes that the moneys were loaned to defendant in contemplation and expectation of marriage. The action is barred and comes within sections 61-a and 61-b of article 2-A of the Civil Practice Act.

The judgment should be reversed, with $30 costs, and judgment directed for defendant, with costs.

HAMMER and EDER, JJ., concur; SHIENTAG, J., dissents.

Judgment reversed, etc.